United States District Court
Southern District of Texas
**ENTERED**
October 21, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIC FURNISS, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-16-2889 |
| § | |
| NATIONAL OILWELL VARCO, L.P., § | |
| Defendant. § | |

# **ORDER**

Pursuant to the parties' Stipulation of Dismissal Without Prejudice [Doc. # 29],

it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

SIGNED at Houston, Texas, this 21st day of **October, 2016**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2016\2889DO.wpd   161021.1048